UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-21736-CIV-UNGARO/SIMONTON
<u>CONSENT CASE</u>

PEDRO P. BLANCO,

    Plaintiff,

v.

ROS OPERATING CO., et al.,

    Defendants.
_____/

<u>ORDER GRANTING JOINT MOTION FOR
APPROVAL OF SETTLEMENT AND DISMISSAL</u>

    This matter is before the Court upon the parties' Joint Motion For Approval of Settlement and Dismissal (DE # 42). The parties have also submitted a Settlement Agreement and Release to this Court for approval (DE # 42-1).

    The undersigned has considered the Joint Motion For Approval of Settlement and Dismissal, the Settlement Agreement and Release, Plaintiff's Statement of Claim, and the pertinent portions of the record, and is otherwise fully advised in the premises.

    This case involves claims for unpaid overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §201, *et seq*. (FLSA). In reviewing a settlement of an FLSA private claim, a court must "scrutiniz[e] the settlement for fairness," and determine that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Lynn Food Stores v. United States*, 679 F.2d 1350, 1352-53 (11th Cir. 1982). A settlement entered into in an adversarial context where both sides are represented by counsel throughout litigation "is more likely to reflect a reasonable compromise of disputed issues." *Id*. The district court may approve the settlement in order to promote the policy of encouraging settlements of litigation. *Id.* at 1354.

In this case, there is a bona fide dispute over FLSA provisions, as evidenced by the claims alleged in the Complaint.  The Court finds that the compromise reached by the parties under the Settlement Agreement and Release is a fair and reasonable resolution of the parties' bona fide disputes.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the parties' Joint Motion For Approval of Settlement and Dismissal (DE # 42), is **GRANTED**, the Settlement Agreement and Release is **APPROVED**, any pending motions are **DENIED** as **MOOT** and this matter is **DISMISSED with prejudice**, with each Party to bear its own costs.  It is further

**ORDERED AND ADJUDGED** that the Court retains jurisdiction to enforce the terms of the Settlement Agreement and Release for sixty days from the date of this Order, as stated in the Settlement Agreement and Release (DE # 42-1 at 10, ¶16).

**DONE AND ORDERED** at Miami, Florida, in chambers, on October 21st, 2009.

_____
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All counsel of record via CM/ECF